FILED
 2011 Sep-15 AM 10:36
 U.S. DISTRICT COURT
     N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## WESTERN DIVISION

| | |
|---|---|
| WELLS FARGO, N.A., as successor by merger with Wachovia Bank, N.A. and South Trust Bank N.A., )))) | |
| Plaintiff, ) | |
| ) | Civil Action No. CV-11-S-2134-W |
| vs. ) | |
| W&J PROPERTIES, LLC; RICHARD S. JARMAN, )) | |
| Defendants. ) | |

## MEMORANDUM OPINION

The magistrate judge filed his report and recommendation on August 16, 2011,[1] recommending that the motion for default judgment against defendants W&J Properties, Inc., and Richard S. Jarman be granted, and that default judgment in the amount of $254,658.80, plus interest accruing post judgment and costs of the action. The magistrate judge also recommended that the action be dismissed without prejudice with respect to defendant Gary W. Wheat due to his bankruptcy. Copies of the report and recommendation and the clerk's entry of default were mailed to these defendants that day. To day, no party has filed objections to the report and recommendation.

---

[1] Doc. no. 13.

Having now carefully reviewed and considered *de novo* the report and recommendation, as well as all other materials in the court filed, the court hereby ADOPTS the report and ACCEPTS the recommendations of the magistrate judge, as modified herein.  The court notes that the report and recommendation calculated the judgment amount of $254,658.80 based on interest accruing daily in the amount of $29.23 per day through August 31, 2011.  As of the date of this Memorandum Opinion and Final Judgment, fifteen additional days have passed since August 31, for an additional accrued interest in the amount of $438.45.  This additional interest is to be added to the $254,658.80 recommended by the magistrate judge, so that the full final default judgment to be entered by separate judgment is the amount of two hundred fifty five thousand ninety seven dollars and 25/100 ($255,097.25).  Accordingly, by separate order, the court will entered Final Judgment in favor of plaintiff and against defendants W&J Properties, Inc., and Richard S. Jarman, jointly and severally, in the amount of two hundred fifty five thousand ninety seven dollars and 25/100 ($255,097.25), plus interest accruing hereafter and the costs of the action.

The action is hereby DISMISSED WITHOUT PREJUDICE with respect to defendant Gary W. Wheat.

DONE this 15th day of September, 2011.

                                                 _____
                                                 United States District Judge